United States District Court
Southern District of Texas
**ENTERED**
February 08, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Annette G. Reid, § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action H-19-4302 |
| § | |
| Andrew M. Saul, § | |
| Commissioner of the Social § | |
| Security Administration, § | |
| *Defendant*. § | |

## ORDER OF ADOPTION

On January 22, 2021, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (D.E. 13) recommending that the court grant Defendant's motion for summary judgment (D.E. 11) and deny Plaintiff's motion for summary judgment (D.E. 12). Neither party filed objections.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's Memorandum and Order. The court will issue a final judgment.

Signed at Houston, Texas, on February __8__, 2021.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE